

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 02 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 13-0209                    DATE: 2/27/2015
    COA #: 12-11-00133-CV    TC#: C22,256-2006
STYLE: NACOGDOCHES HEART CLINIC, P.A., PRABHAKAR R.
GUNIGANTI, M.D., AND EAST TEXAS CARDIOVASCULAR LABS, LLC
    v. VIJAY R. POKALA, M.D., D/B/A NACOGDOCHES CARDIAC
    CENTER

    Today the Supreme Court of Texas denied the petition
for review as reinstated in the above-referenced case.


                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX  75702